UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO. 6:25-cr-121-WWB-UAM

MATTHEW JOHN SANGUINE　　　42 U.S.C. § 408(a)(7)(B)
　　　　　　　　　　　　　　　　(False Representation of Social Security
　　　　　　　　　　　　　　　　Number)

　　　　　　　　　　　　　　　　18 U.S.C. § 1344
　　　　　　　　　　　　　　　　(Bank Fraud)

　　　　　　　　　　　　　　　　18 U.S.C. § 1028A(a)(1)
　　　　　　　　　　　　　　　　(Aggravated Identity Theft)

　　　　　　　　　　　　　　　　18 U.S.C. § 912
　　　　　　　　　　　　　　　　(Impersonating Employee or Officer of
　　　　　　　　　　　　　　　　United States)

　　　　　　　　　　　　　　　　18 U.S.C. § 1017
　　　　　　　　　　　　　　　　(Wrongful Use of Government Seal)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Representation of Social Security Number)

On or about September 21, 2021, in the Middle District of Florida, the defendant,

MATTHEW JOHN SANGUINE,

1

for the purpose of obtaining for himself and any other person anything of value, and for any other purpose, that is, obtaining and maintaining a driver's license in the name of J.R., did, with intent to deceive, falsely represent to the Florida Department of Highway Safety and Motor Vehicles XXX-XX-2279 to be the Social Security number assigned by the Commissioner of Social Security to him, when in fact, such number XXX-XX-2279 was not the Social Security number assigned by the Commissioner of Social Security to him.

In violation of 42 U.S.C. § 408(a)(7)(B).

## COUNT TWO
### (Aggravated Identity Theft)

On or about September 21, 2021, in the Middle District of Florida, the defendant,

MATTHEW JOHN SANGUINE,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name and date of birth of J.R., during and in relation to a felony violation of false representation of a Social Security number, in violation of 42 U.S.C. § 408(a)(7)(B), as charged in Count One of this Indictment, knowing that such means of identification belonged to an actual person.

All in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT THREE
### (Bank Fraud)

On or about July 2, 2020, in the Middle District of Florida, and elsewhere, the defendant,

MATTHEW JOHN SANGUINE,

did knowingly, and with intent to defraud, execute and attempt to execute a scheme and artifice to defraud federally insured financial institutions and a scheme and artifice to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of federally insured financial institutions by means of materially false and fraudulent pretenses, representations, and promises by opening a bank account with PNC bank for the purposes of depositing an intercepted and stolen check.

In violation of 18 U.S.C. § 1344.

## COUNT FOUR
### (Aggravated Identity Theft)

On or about July 2, 2020, in the Middle District of Florida, the defendant,

MATTHEW JOHN SANGUINE,

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name and date of birth of J.R., during and in relation to a felony violation of bank fraud, in violation of 18 U.S.C. § 1344, as

charged in Count Three of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT FIVE
### (Impersonating an Officer of the United States)

On or about October 7, 2022, in the Middle District of Florida, the defendant,

MATTHEW JOHN SANGUINE,

did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department and agency of the United States and in such assumed and pretended character did demand a thing of value by presenting, and causing to be presented, a fake and fraudulent letter to the State Attorney's Office for the Ninth Judicial Circuit of Florida that purported to be written by a DEA Special Agent seeking the return of a driver's license issued in the name of J.R.

In violation of 18 U.S.C. § 912.

## COUNT SIX
### (Wrongful Use of Government Seal)

On or about October 7, 2022, in the Middle District of Florida, the defendant,

MATTHEW JOHN SANGUINE,

did fraudulently and wrongfully affix and impress the seal of a department and agency of the United States to and upon a certificate, instrument, commission,

document, and paper, and with knowledge of its fraudulent character, with wrongful and fraudulent intent, did transfer that certificate, instrument, commission, document, and paper, upon which said seal had been so fraudulently affixed and impressed, by presenting and causing to be presented a fake and fraudulent letter to the State Attorney's Office for the Ninth Judicial Circuit of Florida that purported to be written by a DEA Special Agent seeking the return of a driver's license issued in the name of J.R.

In violation of 18 U.S.C. § 1017.

## FORFEITURE

1. The allegations contained in Count Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A).

2. Upon conviction of a violation of 18 U.S.C. § 1344, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture of at least $10,000, representing the amount of proceeds the defendant obtained from the charged bank fraud offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
April 25

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MATTHEW JOHN SANGUINE

INDICTMENT

Violations: 42 U.S.C. § 408(a)(7)(B); 18 U.S.C. § 1344; 18 U.S.C. § 1028A(a)(1); 18 U.S.C. § 912; 18 U.S.C. § 1017

A true bill,

_____
Foreperson

Filed in open court this 30th day of April, 2025.

_____
Clerk

Bail $ _____

GPO 863 525